FILED
2008 Nov-13  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD NEWMAN, et al., | } |
| Plaintiffs, | } |
| | }   CIVIL ACTION NO. |
| v. | }   08-AR-1715-S |
| AFNI, INC., et al., | } |
| Defendants. | } |

### ORDER

Pursuant to the oral notice of settlement and dismissal of Transunion, LLC, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to said defendant. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment. Transunion's filing styled "Motion for Partial Dismissal" is hereby MOOT and thus REMOVED from the court's November 14, 2008, motion docket. The case shall proceed as to the remaining defendants.

The costs are taxed as paid as between the parties affected.

DONE this 13th day of November, 2008.

_/s/ William M. Acker, Jr._
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE