```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

DONALD NEWMAN, et al.,      }
                            }
     Plaintiffs,            }
                            }    CIVIL ACTION NO.
v.                          }    08-AR-1715-S
                            }
EXPERIAN INFORMATION        }
SOLUTIONS, INC.,            }
                            }
     Defendant.             }
```

## ORDER

Pursuant to the joint stipulation of dismissal filed on January 8, 2009, by plaintiffs and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 12th day of January, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE